# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————————

SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT d/b/a,
SARASOTA MEMORIAL HEALTH CARE SYSTEM,

Appellant,

v.

CHRISTOPHER DAUGHTERY,

Appellee.

No. 2D2025-0461

————————————————————

October 17, 2025

Appeal from the Circuit Court for Sarasota County; Hunter W. Carroll,
Judge.

Ernest H. Kohlmyer, III, of Zimmerman, Kiser & Sutcliffe, P.A., Orlando,
for Appellant.

J. Andrew Meyer and William R. McCann of Finn Law Group, P.A., St.
Petersburg; and Kaelyn Diamond and Michael A. Ziegler of Ziegler
Diamond Law: Debt Fighters, Clearwater, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, SLEET, and LABRIT, JJ., Concur.

————————————————————

Opinion subject to revision prior to official publication.